UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

November 7, 2024

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

JACOB KOCH,

        Defendant.

Case No.  2:24-CR-00195-01-TLN

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JACOB KOCH,

Case No. 2:24-CR-00195-01-TLN, Charge 18 U.S.C. § 3606, from custody for the following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

_____    Unsecured Appearance Bond $ _____

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

  X    (Other): TIME SERVED.

Issued at Sacramento, California on November 7, 2024.

By: _____

Chief District Judge Troy L. Nunley